# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

146489(43)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re GWENDOLINE LOUISE STILLWELL
TRUST.

_____

DAVID N. McPHAIL, Trustee of the
Gwendoline Louise Stillwell Trust,
      Petitioner-Appellee,

v

CHRISTINE ANN DUDLEY-MARLING, IAN
DUDLEY-MARLING, and ANNE DUDLEY-
MARLING,
      Respondents-Appellants.

SC: 146489
COA: 307822
Clinton Probate
Ct: 11-027722-TV

_____/

     On order of the Court, the motion for reconsideration of this Court's June 25, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

p0923